AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gaughan, Patricia A. | U.S. District Court, N.D. Ohio | 06/08/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Board of Directors | St. John Medical Center Community Board |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | PERS - mandatory public retirement plan covering state and local public employees (SEE Chap 145 of the Ohio Revised Code) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 06/08/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | St. Raphael Church (administration) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 06/08/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 06/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Keybank National Association Savings Account | A | Interest | J | T | | | | | |
| 2. Third Federal Savings Checking Account | A | Interest | J | T | | | | | |
| 3. Ohio PERS Retirement Fund | E | Distribution | L | T | | | | | |
| 4. IRA - Columbus Life Insurance Co. Deferred Annuity | A | Interest | J | T | | | | | |
| 5. IRA - Phoenix Home Life Flexible Annuity | A | Interest | J | T | | | | | |
| 6. IRA - UBS cash equivalent | | | | | | | | | |
| 7. -Columbia Contrarian Core Fund Class Z (X) | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 8. -Templeton Glbal Bond ADV (X) | A | Dividend | J | T | Sold (part) | 01/23/15 | J | A | |
| 9. -Templeton Glbal Bond ADV (X) | A | Dividend | J | T | Sold (part) | 04/23/15 | J | A | |
| 10. -Templeton Glbal Bond ADV (X) | A | Dividend | J | T | Sold (part) | 05/20/15 | J | A | |
| 11. -Templeton Glbal Bond ADV (X) | A | Dividend | J | T | Sold (part) | 07/24/15 | J | A | |
| 12. -Templeton Glbal Bond ADV (X) | A | Dividend | J | T | Sold (part) | 10/23/15 | J | A | |
| 13. -Templeton Glbal Bond ADV (X) | A | Dividend | J | T | | | | | |
| 14. -Henderson Eiropean Focus Fund CL I (X) | A | Dividend | J | T | | | | | |
| 15. -Blackrock Global Allocation Fund Inc Institutional (X) | A | Dividend | J | T | | | | | |
| 16. -Franklin Inc ADV (X) | A | Dividend | K | T | | | | | |
| 17. -Thornburg Income Builder CL I (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 06/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  IRA - UBS cash equivalent | | | | | | | | | |
| 19.  -Columbia Contrarian Core Fund Class Z (X) | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 20.  -Pace Money Market Investments Fund (X) | A | Dividend | | | Sold | 01/23/15 | J | A | |
| 21.  -Templeton Glbal Bond ADV (X) | A | Dividend | J | T | Sold (part) | 01/23/15 | J | A | |
| 22.  -Templeton Glbal Bond ADV (X) | A | Dividend | J | T | Sold (part) | 04/23/15 | J | A | |
| 23.  -Templeton Glbal Bond ADV (X) | A | Dividend | J | T | Sold (part) | 05/20/15 | J | A | |
| 24.  -Templeton Glbal Bond ADV (X) | A | Dividend | J | T | Sold (part) | 07/24/15 | J | A | |
| 25.  -Templeton Glbal Bond ADV (X) | A | Dividend | J | T | Sold (part) | 10/23/15 | J | A | |
| 26.  -Templeton Glbal Bond ADV (X) | A | Dividend | J | T | | | | | |
| 27.  -Blackrock Global Allocation Fund Inc Institutional (X) | A | Dividend | J | T | | | | | |
| 28.  -Thornburg Income Builder CL 1 (X) | A | Dividend | J | T | | | | | |
| 29.  UBS Resource Management Brokerage Account #4 | | | | | | | | | |
| 30.  -UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 31.  -American Funds Smallcap World Fund Class F2 | A | Dividend | J | T | | | | | |
| 32.  -Artisan International Value Inv | A | Dividend | K | T | | | | | |
| 33.  -JP Morgan Large Cap Growth Fund Select | A | Dividend | K | T | | | | | |
| 34.  -Oppenheimer Developing Markets Fund Cl Y | A | Dividend | | | Sold | 12/30/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 06/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Prudential Jennison Equity Income Fund Class Z | A | Dividend | K | T | | | | | |
| 36. -Third Ave Tr Real Estate Value FD | A | Dividend | J | T | | | | | |
| 37. -THORNBERG CORE GROWTH FUND I | A | Dividend | K | T | | | | | |
| 38. -EATON VANCE GLOBAL MACRO ABSOLUTE RETURN FUND I | A | Dividend | J | T | | | | | |
| 39. -LOOMIS SAYLES INVESTMENT GRADE BOND FUND CLASS Y | A | Dividend | | | Sold | 12/30/15 | J | A | |
| 40. -PRUDENTIAL SHORT-TERM CORPORATE BOND FUND CLASS INC Z (X) | A | Dividend | | | Sold | 12/30/15 | K | A | |
| 41. -FRANKLIN INC ADV | B | Dividend | | | Sold | 12/30/15 | K | A | |
| 42. -IVY ASSET STRATEGY FUND CLASS I | A | Dividend | | | Sold | 12/30/15 | K | A | |
| 43. -PRINCIPAL FDS INC, GLOBAL DIVERSIFIED INCOME FUND CLASS P (X) | A | Dividend | | | Sold | 12/30/15 | J | A | |
| 44. -AQR MANAGED FUTURES STRATEGY FUND CLASS I | A | Dividend | J | T | | | | | |
| 45. -THORNBERG CORE GROWTH FUND I | A | Dividend | K | T | | | | | |
| 46. -OPPENHEIMER SR FLOATING RATE FD CLASS Y | A | Dividend | | | Sold | 12/30/15 | J | A | |
| 47. -AMG YACKTMAN FOCUSED FUND CLASS SVC | A | Dividend | | | Sold | 05/20/15 | K | A | |
| 48. -Columbian Contrarian Core Fund Class Z (X) | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 49. -Eagle Small Cap Growth Fund Class I (X) | A | Dividend | | | Buy | 05/20/15 | J | | |
| 50. -Eagle Small Cap Growth Fund Class I (X) | A | Dividend | | | Sold | 12/30/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 06/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -Amer Funds New World Fund Class F2 (X) | A | Dividend | J | T | Buy | 12/30/15 | J | | |
| 52. -Pioneer Fltng Rate FD CL Y (X) | A | Dividend | J | T | Buy | 12/30/15 | J | | |
| 53. -Vanguard Short-Term Corp BD IDX Admiral (X) | A | Dividend | K | T | Buy | 12/30/15 | K | | |
| 54. -Prudential Total Return Bond Fund Class Z (X) | A | Dividend | J | T | Buy | 12/30/15 | J | | |
| 55. -The Income oFund of America Fund Class F2 (X) | A | Dividend | K | T | Buy | 12/30/15 | K | | |
| 56. -T Rowe Price Diversified Small Cap Growth FD (X) | A | Dividend | J | T | Buy | 12/30/15 | J | | |
| 57. -Thornburg Income Builder CL I (X) | A | Dividend | K | T | Buy | 12/30/15 | K | | |
| 58. -Vanguard Mid-Cap Index Fund Admiral (X) | A | Dividend | J | T | Buy | 12/30/15 | J | | |
| 59. -Henderson European Focus Fund CL I | A | Dividend | J | T | | | | | |
| 60. -Nuveen Invt TR NWQ Small Cap Value FD CL I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Assets in lines 8-17 and 20-28 were exempt from prior disclosure because they were not previously required to be reported.

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 06/08/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Gaughan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544